UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TERESITA GUZMAN, an individual,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>WELLS FARGO BANK, N.A.; ERIC PONY, an individual; GREGORY SANDOVAL, an individual; GREEN LEAF LENDING, a defunct Nevada Corporation; and DOES 1 through 50, inclusive,<br><br>　　　　Defendants. | Case No.: 2:17-cv-05559-JAK-E<br><br>**ORDER RE DISMISSAL OF ACTION WITH PREJUDICE**<br><br>JS-6 |

**IT IS HEREBY ORDERED** that the Notice/Request to Dismiss is GRANTED. The entire action is dismissed with prejudice, including all claims stated herein against all parties, with each party to bear its own attorney's fees and costs.

DATED: October 26, 2018

JOHN A. KRONSTADT
UNITED SATES DISTRICT JUDGE

1